UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

IN RE:             CASE NO. 17-11235 TA
               CHAPTER 13

ROSE RITA MARES

            JUDGE DAVID T. THUMA

       DEBTOR             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tiffany M. Cornejo files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** U.S. Bank Trust Nat'l Assoc. as Trustee of Cabana

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6-1 | 5432 | $14,233.89 | $14,233.89 | $15,395.93 |
| Total Amount Paid by Trustee | | | | $15,395.93 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 17-11235 TA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 26th day of August, 2021.

ROSE RITA MARES, 7600 AUTUMN BREEZE SW, ALBUQUERQUE, NM  87121

ELECTRONIC SERVICE - RON HOLMES, Davis Miles McGuire Gardner, PLLC, 320 Gold SW Suite 1111, ALBUQUERQUE, NM  87102

Nationstar Mortgage, PO Box 650783, Dallas, TX  75265-0783

U.S. Bank Trust Nat'l Assoc. as Trustee of Cabana, C/O SN Servicing Corp., 323 Fifth Street, Eureka, CA  95501

ELECTRONIC SERVICE - McCarthy & Holthus LLP, 6501 Eagle Rock NE, Suite A-3, Albuquerque, NM  87113

ELECTRONIC SERVICE - United States Trustee

Date:  August 26, 2021                                        /s/ Tiffany M. Cornejo
                                                              Tiffany M. Cornejo
                                                              Chapter 13 Trustee
                                                              625  SILVER SW, SUITE 350
                                                              ALBUQUERQUE, NM  87102